# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-2815
_____

REBEKKA BROWNLECOUNTE,

    Appellant,

    v.

CITY OF FORT LAUDERDALE
UTILITIES/CORVEL
CORPORATION,

    Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Iliana Forte, Judge.

Date of Accident: February 6, 2019

September 30, 2021

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Janelys Segarra Holland and Gloria Garcia of the Law Offices of Gloria M. Garcia, P.A., Miami Lakes, for Appellant.

Albert P. Massey, III and Darrel T. King of Massey, Coican & King, PLLC, Fort Lauderdale, for Appellees.